STATE OF NEW JERSEY v. WILLIAM HARRISON.

June 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ADELINE CONTINI.

June 21, 1978. Petition for certification denied.

SHAW REALTY COMPANY v. RENT CONTROL BOARD AND COUNCIL OF THE CITY OF PATERSON.

June 21, 1978. Petition for certification denied.

HENRY P. MC DONALD & BARBARA MC DONALD v. JOSEPH S. MIANECKI & DELORES MIANECKI.

June 21, 1978. Petition for certification granted. (See 159 *N. J. Super.* 1)

STATE OF NEW JERSEY v. MICHAEL WHITEHEAD.

June 21, 1978. Certification to the Superior Court, Law Division, Essex County, is granted. (See 159 *N. J. Super.* 433)